UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LENT CHRISTOPHER CARR, II, ISAAC JENKINS, ANGELA M. SCHWARZ, HARLEY JOHNSON and CONCERNED CITIZENS FOR COMMUNITY ACTION c/o Isaac Jenkins (CCFCA) Hoke County Chapter<br>        Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS<br>        Defendant | **JUDGMENT**<br>5:22-CV-353-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 6, 2023, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on January 6, 2023, and Copies To:**
Lent Christopher Carr, II / Isaac Jenkins / Angela Schwarz / Harley Johnson / Concerned Citizens for Community Action (via US mail) 3300 Laurinburg Road, Ste 117, Raeford, NC 28375
Mary Carla Babb / Terrence Steed via CM/ECF Notice of Electronic Filing)

January 6, 2023        PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk